## STATEMENT OF FACTS

On or about October 31, 2015, officers with the Metropolitan Police Department were operating a marked scout car in full police uniform in the 2300 block of Good Hope Road, SE, Washington, DC when they received a radio run, based on 911 call with a description of a man with a gun in front of 2307 Good Hope Ct. SE, Washington, D.C. Officers responded to the broadcast and saw the defendant, who fit the description given in the broadcast, walking in the 2300 block of Good Hope Ct. SE. The officers followed the defendant into an alley and the defendant began to run. The officers pursued the defendant and when the defendant turned the corner of a building a backup officer saw the defendant toss a pistol on the ground next to some bushes. The defendant was found hiding under a pickup truck and detained. The officers recovered a loaded Glock 17, 9mm pistol on the ground next to the bushes where it had been thrown by the defendant.

To the best of the undersigned officer's knowledge, defendant Dustin Evans, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. 2006-CF2-001264. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Glock 17, 9mm handguns or 9mm ammunition manufactured in the District of Columbia.

_____
OFFICER DANIEL FLINN
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF NOVEMBER, 2015.

_____
U.S. MAGISTRATE JUDGE